IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


IRVIN M. BROWN,

    Petitioner,

                                 Civil Action 2:14-cv-813
    vs.                            Judge Graham
                                 Magistrate Judge King

WARDEN, NOBLE CORRECTIONAL
INSTITUTION,

    Respondent.


## ORDER


    This is a habeas corpus action under 28 U.S.C. § 2254. Respondent was granted an extension of time, to December 12, 2014, to respond to the *Petition*.  *Order,* ECF 11. Respondent filed a return of writ in timely fashion on December 12, 2014. *Return of Writ*, ECF 15. On December 3, 2014, the United States Magistrate Judge recommended that petitioner's first application for the entry of respondent's default, *Application to Clerk for Entry of Default*, ECF 12, be denied. *Report and Recommendation*, ECF 13. On December 23, 2014, the United States Magistrate Judge recommended that petitioner's second application for the entry of respondent's default, *Application to Clerk for Entry of Default,* ECF 16, be denied.  *Report and Recommendation,* ECF 17. Although the parties were advised of their right to object to these recommendations, there has been no such objection.

The *Report and Recommendation*, ECF 13, and the *Report and Recommendation,* ECF 17, are **ADOPTED AND AFFIRMED**.  Petitioner's applications for the entry of respondent's default, ECF 12, ECF 16, are **DENIED.**

Date: January 14, 2015

                                        _____s/James L. Graham_____
                                        James L. Graham
                                        United States District Judge