IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IRVIN M. BROWN,

    Petitioner,

  v.                                 Case No. 2:14-cv-00813
                                       Judge Graham

WARDEN, NOBLE                      Magistrate Judge King
CORRECTIONAL INSTITUTION,

    Respondent.

## ORDER

On September 8, 2015, the Magistrate Judge recommended that most of the claims asserted in this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as procedurally defaulted and that his claim of prosecutorial misconduct be dismissed as without merit. *Report and Recommendation,* ECF No. 21.  Petitioner objects to that recommendation as it relates to his claim of prosecutorial misconduct. *Objection,* ECF No. 24.  Petitioner raises all of the same arguments presented to and rejected by the Magistrate Judge, and he also argues that cumulative error denied him a fair trial.

Pursuant to 28 U.S.C. § 636(b), this Court has conducted a *de novo* review.  For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, ECF No. 21, Petitioner's *Objection,* ECF No. 24, is **OVERRULED.**  The *Report and Recommendation*, ECF No. 21, is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT.**

Date: October 21, 2015                                                       s/James L. Graham

                                                                          JAMES L. GRAHAM
                                                                          United States District Judge